1  RICHARD TAN, SBN 327366
2  LAW OFFICES OF RICHARD TAN
3  3020 Bridgeway, Suite 192
   Sausalito, CA  94965
4  Telephone: (510) 345-3246
   Facsimile: (415) 532-1310
5  Email: richardtan@tutanota.com

6  Attorneys for Plaintiffs,
   KEITH H. WASHINGTON,
7  SAN FRANCISCO BAY VIEW
   NATIONAL BLACK NEWSPAPER
8

9          IN THE UNITED STATES DISTRICT COURT

10        FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  WASHINGTON, KEITH H. and SAN          )   Case No.:
    FRANCISCO BAY VIEW NATIONAL           )
13  BLACK NEWSPAPER,                      )   **DECLARATION OF MARY**
                                          )   **RATCLIFF IN SUPPORT OF**
14          Plaintiffs,                   )   **MEMORANDUM OF POINTS AND**
                                          )   **AUTHORITIES IN SUPPORT OF**
15          vs.                           )   **PLAINTIFFS' APPLICATION FOR A**
                                          )   **TEMPORARY RESTRAINING**
16  FEDERAL BUREAU OF PRISONS, GEO        )   **ORDER AND/OR ORDER TO SHOW**
17  CALIFORNIA, INC., MONICA HOOK,        )   **CAUSE AND FOR PRELIMINARY**
    MARIA RICHARD and WILL GOMEZ,         )   **INJUNCTION**
18                                        )
19          Defendants.                   )
                                          )
20  _____ )

21

22

23

24

25

26

27

28

I, Mary Ratcliff, hereby declare:

1.      I have personal knowledge of the matters stated in this Declaration, and if called and sworn as a witness in this matter, I could and would competently testify thereto.

2.      I am the co-founder of the San Francisco Bay View National Black Newspaper ("SF Bay View").

3.      The SF Bay View was founded in 1976. The SF Bay view, located in the Bayview-Hunters Point district of San Francisco, is a communications network for the Black community worldwide. Its website, www.sfbayview.com, is the most visited Black newspaper on the web. The SF Bay View is also published in a free print edition which is distributed throughout the Bay Area and mailed to subscribers, including thousands of prisoners all over the country. Our newspaper aims to equip and inspire Black people and all people to rise up and fight for freedom and justice, to build unity within the community and to build solidarity with other communities.

4.      During the pandemic, the community we serve, the Black community, is at greatest risk. Our newspaper is literally a lifeline for the most vulnerable people in the nation. The Bay View staff is obliged to serve our people's need for lifesaving information and inspiration, just as medical professionals are obliged to serve the need for effective health care.

5.      Our business did not close during the pandemic. In fact, the pandemic greatly expanded our role. The Bayview-Hunters Point neighborhood was one of the hardest hit by the pandemic, and experienced hunger and poverty. Almost everybody in the neighborhood had preexisting conditions of one form or another. Our newspaper played an integral role in helping people find resources and keeping spirits up during the hardships of the past year.

6.      Keith H. "Malik" Washington is the current editor-in-chief of the SF Bay View. I was the previous editor.

7.      My husband, Willie Ratcliff, is now 88. He used to carry much of the load at

the paper, distributing the paper and helping with many other aspects of the work. Willie now has Alzheimer's. As he began to withdraw, the full weight of running the business fell on my shoulders.

8.      As my age advanced – I am 82 years old – my strength began to recede. I was diagnosed with a serious case of breast cancer in July 2020, and needed to find a replacement to step into my role.

9.       When Malik applied for the editor-in-chief position at the SF Bay View, we had already been publishing his writing for many years. We soon determined that he would be the perfect replacement for me.

10.     Malik began his position on September 3, 2020, when he was placed in pre-release status at the Taylor Street Facility.

11.     Malik generally works from 8 a.m. to 7 p.m. at the SF Bay View. He leaves the Taylor Street facility at about 7 a.m. every morning, taking the bus to the SF Bay View Offices, about an hour away. He generally returns at about 8 p.m. in the evening.

12.     Malik and his fiancée rent an apartment approximately three minutes' walk from the SF Bay View offices. Although the apartment is close by, the conditions of Malik's pre-release do not allow him to visit the apartment or work from home. Instead, he works at the SF Bay View offices, which brings him into contact with SF Bay View staff.

13.     Willie and I are in our 80s. If Malik is exposed to COVID as a result of the outbreak at the Taylor Street Facility, and he transmits the coronavirus to us, we are at serious risk of dying.

14.     Malik made an application for home confinement, which was rejected in November 2020. He appealed the rejection on December 17, 2020. The appeal was rejected on January 15, 2021.

15.     On January 8, 2021, I emailed Belief Iruayenama, Malik's case manager at the Taylor Street Facility, requesting permission for Malik to attend a press conference at January 11, 2021 from noon to 1 p.m. Ms. Iruayenama responded at 12:29 p.m.: "It's

fine, he already has a pass for work for that day. So he can go for the Press conference since its in line with his job and its within his work hours."

16.     I learnt about the COVID outbreak at the Taylor Street Facility from Malik. On January 9, 2021, the SF Bay View issued a press release on the outbreak, which was circulated on Twitter.

17.     The press release stated that "[GEO Group] has no plans to test the residents until early next week."

18.     Following the confiscation of Malik's cell phone on January 10, 2021, he has not been able to perform some of his work functions.

19.     One of Malik's job functions is to process and route, when appropriate, emails which the SF Bay View receives to the appropriate staff person to process. The SF Bay View receives approximately 500 emails a day. The editor-in-chief has to read these emails, determine if a response is appropriate, and forward the email to the staff person who can respond or act on the email.

20.     Malik used to perform this function in the evening, after he returned from work at approximately 8:00 p.m. Now, I am forced to do this work in his stead, or delegate it to other staff.

21.     It takes approximately 8 hours for other staff to cover for the work which Malik used to do in a much shorter time.

22.     Because Malik is not permitted to use a laptop in his room at the Taylor Street Facility, he writes stories and story ideas on his phone after he returns from the SF Bay View at approximately 8:00 p.m. He can no longer do so.

23.     In effect, Malik has been prevented from working in the evenings after he returns from the SF Bay View. Instead, he has to do this work during the daytime, reducing both the total amount of work he does and his productivity during the day.

24.     A major objective of Malik's job function is to promote collaboration between the SF Bay View and other organizations, including both news organizations and organizations in the community.

25.     The ban on Malik's communication with other members of the press has prevented him from performing a crucial function of this job – both building relationships with other reporters and news editors, and also developing stories, story ideas and research and investigation collaboratively with other members of the journalistic community, in the Bay Area and also nationally.

26.     Malik and all the staff of the SF Bay View have also experienced a great deal of stress as a result of this discipline. The workload at the paper is significantly higher, as previously explained. Morale has also been affected, and we are all concerned about Malik's well being as well as our ability to continue functioning.

27.     As a result of the retaliation against Malik, the staff at the SF Bay View have been tied up responding to Malik's absence and reduced work. It has been extremely difficult to produce the February issue of the paper, and I have had to do most of the production by myself. It is likely that the February edition of the paper will be published late.

28.     Malik and his fiancée have rented an apartment three minutes away from the SF Bay View offices. Having Malik travel an hour back and forth between the Taylor Street Facility to his work is inefficient. More than that, however, it is also extremely dangerous to me and my husband, Willie, who are at risk of contracting COVID if the outbreak at the facility spreads to him.

I declare under penalty of perjury that the foregoing is true and correct, except as to those matter stated on information and belief, and as to those matters I believe them to be true. Executed on February 1, 2021 in San Francisco, California.

Signed :  _____*Mary Ratcliff*_*_____

Mary Ratcliff

\* I, Richard Tan, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 5.1(i), I hereby attent that concurrence in the filing of these documents has been obtained from each of its signatories.