RICHARD TAN, SBN 327366
LAW OFFICES OF RICHARD TAN
3020 Bridgeway, Suite 192
Sausalito, CA  94965
Telephone: (510) 345-3246
Facsimile: (415) 532-1310
Email: richardtan@tutanota.com

Attorneys for Plaintiffs,
KEITH H. WASHINGTON,
SAN FRANCISCO BAY VIEW
NATIONAL BLACK NEWSPAPER

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WASHINGTON, KEITH H. and SAN FRANCISCO BAY VIEW NATIONAL BLACK NEWSPAPER,<br><br>            Plaintiffs,<br><br>       vs.<br><br>FEDERAL BUREAU OF PRISONS, GEO CALIFORNIA, INC., MONICA HOOK, MARIA RICHARD and WILL GOMEZ,<br><br>            Defendants. | Case No.:<br><br>**DECLARATION OF STEVE ZELTZER IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND/OR ORDER TO SHOW CAUSE AND FOR PRELIMINARY INJUNCTION** |

I, Steve Zeltzer, hereby declare:

    1.    I have personal knowledge of the matters stated in this Declaration, and if called and sworn as a witness in this matter, I could and would competently testify thereto.

    2.    I am the producer of Workweek Radio on KPOO, an independent, listener-sponsored, noncommercial radio station. Workweek Radio reports on local and national issues concerning working people and the labor movement. I also

*Washington v. Federal Bureau of Prisons,* Case No.
Declaration of Steve Zeltzer in Support of Memorandum of Points and Authorities - 1

contribute to the radio show "COVID, Race and Democracy" on the Pacifica Affiliate Network, a program of the Pacifica Foundation, and produce video documentaries for the Labor Video Project, an online channel for labor news. As a labor journalist, I am a member of the Labor Radio Network, a national association for labor journalists with 70 members.

3. I first met Keith H. "Malik" Washington in December 2020 through Mary Ratcliff, the previous editor of the San Francisco Bay View National Black Newspaper. Mary suggested that Malik give me a call because of a story involving Malika Alim, a whistleblower in the San Francisco Health Service system.

4. Malik had received a letter documenting incidents of racism in the San Francisco Health Service system. I was in contact with other whistleblowers in the system, and we worked together on stories concerning the San Francisco Health Service.

5. The SF Bay View published a story on Malika Alim, "Racist Practices at the SF Health Service System Will No Longer Be Tolerated: Remove Mitchell Griggs Now!" on December 22, 2020.[1]

6. Over the next month from December 2020 to January 2021, Malik appeared on my radio show, Workweek Radio, four times to discuss racism against black employees of the City of San Francisco.

7. On January 11, Malik, acting for the SF Bay View, and Workweek Radio organized a press conference and rally in front of the San Francisco Health Service System building at 1145 Market Street in San Francisco. The rally was scheduled for 12 noon – 1 p.m.

8. Mary Ratcliff of the San Francisco Bay View requested permission from the Taylor Street Facility for Malik to attend the rally and press conference. I learnt from the SF Bay View that the permission was granted.

---

[1] https://sfbayview.com/2020/12/racist-practices-at-the-sf-health-service-system-will-no-longer-be-tolerated-remove-mitchell-griggs-now/

*Washington v. Federal Bureau of Prisons,* Case No.
Declaration of Steve Zeltzer in Support of Memorandum of Points and Authorities - 2

9. On the day of the rally, I learnt about the COVID outbreak at the Taylor Street Facility and the retaliation against Malik. Malik was confined to his room at the Taylor Street Facility, and was unable to attend the rally.

10. Following the rally, I learnt from the SF Bay View that Malik had been disciplined for exposing the COVID outbreak at the Taylor Street Facility, that his cell phone had been confiscated, and that a ban had been imposed on his ability to speak with members of the press.

11. Since the ban was imposed, I have not attempted to contact Malik because of the ban, whether on the phone or any other medium, because of my fear that he will be retaliated against.

12. I do not know whether any communication between me and Malik, or any collaboration with him on reporting, will subject him to retaliation from the Taylor Street Center.

13. Malik has not appeared on Workweek Radio since his discipline was imposed on January 10, 2021.

14. I have not collaborated with Malik on any reporting since his discipline was imposed on January 10, 2021.

*Washington v. Federal Bureau of Prisons,* Case No.
Declaration of Steve Zeltzer in Support of Memorandum of Points and Authorities - 3

1  I declare under penalty of perjury that the foregoing is true and correct, except as to those matters stated on information and belief, and as to those matters I believe them to be true. Executed on February 1, 2021 in San Francisco, California.

Signed : ___*Steve Zeltzer*_*_____
           Steve Zeltzer

\*   I, Richard Tan, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 5.1(i), I hereby attent that concurrence in the filing of these documents has been obtained from each of its signatories.

*Washington v. Federal Bureau of Prisons,* Case No.
Declaration of Steve Zeltzer in Support of Memorandum of Points and Authorities - 4