RICHARD TAN, SBN 327366
LAW OFFICES OF RICHARD TAN
3020 Bridgeway, Suite 192
Sausalito, CA 94965
Telephone: (510) 345-3246
Facsimile: (415) 532-1310
Email: richardtan@tutanota.com

Attorneys for Plaintiffs,
KEITH H. WASHINGTON,
SAN FRANCISCO BAY VIEW
NATIONAL BLACK NEWSPAPER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH H. ("MALIK") WASHINGTON, an individual; and SAN FRANCISCO BAY VIEW NATIONAL BLACK NEWSPAPER, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL BUREAU OF PRISONS, a public agency of the United States; THE GEO GROUP, INC., a Florida corporation, dba GEO CALIFORNIA, INC.; MONICA HOOK, an individual; MARIA RICHARD, an individual; WILL GOMEZ, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:<br><br>**CERTIFICATION OF COUNSEL CONCERNING NOTICE** |

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, undersigned counsel for the Plaintiffs respectfully certifies to the Court the following with respect to notice to the defendants:

*Washington v. Federal Bureau of Prisons*, Case No.
Certification of Counsel Concerning Notice - 1

On February 1, 2021, Plaintiff provided defendant, the GEO Group, Inc.'s, counsel, Cheryl Wilke, with notice by telephone of their intention to seek a temporary restraining order in this matter. Plaintiff also sent counsel an email, informing her that a complaint and motion for a TRO would be filed. Plaintiff provided defendants' counsel with advance copies of the Complaint in this matter, the Motion, the Memorandum in Support and Proposed Order. Defendant's counsel stated that counsel for the GEO Group, Inc. would represent defendants Monica Hook, Maria Richard and Will Gomez. Defendant's counsel also indicated that defendants would contest the Motion and appear at the hearing when it is heard.

On February 1, 2021, Plaintiff provided defendant, the Federal Bureau of Prisons, with notice of their intention to seek a temporary restraining order in this matter. Plaintiff telephoned Robert France of the Western Regional Office of the Federal Bureau of Prisons and informed him of their intention to seek a temporary restraining order. Defendant's counsel indicated that defendants would contest the Motion and appear at the hearing when it is heard.

Dated: February 1, 2021

**LAW OFFICES OF RICHARD TAN**

By: _____
Richard Tan

Attorney for Plaintiffs
KEITH H. WASHINGTON and SAN FRANCISCO BAY VIEW NATIONAL BLACK NEWSPAPER