RICHARD TAN, SBN 327366
LAW OFFICES OF RICHARD TAN
3020 Bridgeway, Suite 192
Sausalito, CA  94965
Telephone: (510) 345-3246
Facsimile: (415) 532-1310
Email: richardtan@tutanota.com

Attorneys for Plaintiffs,
KEITH H. WASHINGTON,
SAN FRANCISCO BAY VIEW
NATIONAL BLACK NEWSPAPER

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH H. ("MALIK") WASHINGTON, an individual; and SAN FRANCISCO BAY VIEW NATIONAL BLACK NEWSPAPER, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL BUREAU OF PRISONS, a public agency of the United States; THE GEO GROUP, INC., a Florida corporation, dba GEO CALIFORNIA, INC.; MONICA HOOK, an individual; MARIA RICHARD, an individual; WILL GOMEZ, an individual, MURTALA LANVAL, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:   3:21-cv-00787<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND/OR ORDER TO SHOW CAUSE AND FOR PRELIMINARY INJUNCTION** |

Having considered all material filed in support of and in opposition to

Plaintiffs' Application for a Temporary Restraining Order and/or Order to Show

Cause for Preliminary Injunction, and having considered the arguments of counsel, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiffs' Application for a Temporary Restraining Order and/or Order to Show Cause for Preliminary Injunction is GRANTED.

Defendants and all persons acting with them or under their control are enjoined from retaliating, whether via inmate discipline or other means, against Mr. Washington for speaking with members of the press until his pre-release status ends on May 31, 2021.

Defendants are prohibited from imposing disciplinary sanctions arising from the incident report of February 4, 2021.

The disciplinary charges of February 4, 2021 are declared void.

Defendants and all persons acting with them or under their control are further ordered to :

1. Revoke the disciplinary sanction against Mr. Washington, Report No. 3466318, and remove the sanction from Mr. Washington's record;

2. Restore Mr. Washington"s good time credits (14 days), which have delayed his expected date for home confinement and expected release date;

3. Revoke the requirement that Mr. Washington fill out a "News Interview Authorization Form" before he speaks with members of the press;

4. Permit Mr. Washington to speak with members of the press freely, both in a personal capacity, for work purpose, and for interviews;

5. Return Mr. Washington"s cell phone to him.

IT IS FURTHER ORDERED that Defendants show cause before this Court at _____, United States Courthouse, the Northern District

*Washington v. Federal Bureau of Prisons,* Case No.
[Proposed] Order Granting Plaintiffs' Application for a Temporary Restraining Order and/or Order to Show Cause for Preliminary Injunction

of California, on the _____ day of _____, 2021 at _____ o'clock ___.m., or such other date as may be fixed by the Court, why a preliminary injunction, pursuant to Rule 65 of the Federal Rules of Civil Procedure, should not be issued ordering the Defendants, and all persons acting with them or under their control, pending the final hearing and determination of this action, to :

1. Revoke the disciplinary sanction against Mr. Washington, Report No. 3466318, and remove the sanction from Mr. Washington‟s record;

2. Restore Mr. Washington‟s good time credits (14 days), which have delayed his expected date for home confinement and expected release date;

3. Revoke the requirement that Mr. Washington fill out a "News Interview Authorization Form" before he speaks with members of the press;

4. Permit Mr. Washington to speak with members of the press freely, both in a personal capacity, for work purpose, and for interviews;

5. Return Mr. Washington‟s cell phone to him.

Defendants shall also show cause before this Court at the aforementioned location and time why a preliminary injunction, pursuant to Rule 65 of the Federal Rules of Civil Procedure, should not be issued enjoining the Defendants, and all persons acting with them or under their control, pending the final hearing and determination of this action, from retaliating whether via inmate discipline or other means, against Mr. Washington for speaking with members of the press until his pre-release status ends on May 31, 2021.

*Washington v. Federal Bureau of Prisons,* Case No.
[Proposed] Order Granting Plaintiffs' Application for a Temporary Restraining Order and/or Order to Show Cause for Preliminary Injunction

IT IS SO ORDERED.

Dated:

                                          Hon. Jon S. Tigar
                                          UNITED STATES MAGISTRATE JUDGE