```
 1 | DAVID L. ANDERSON (CABN 149604)
   | United States Attorney
 2 | SARA WINSLOW (DCBN 457643)
   | Chief, Civil Division
 3 | CHRISTOPHER F. JEU (CABN 247865)
   | Assistant United States Attorney
 4 |
   |     150 Almaden Boulevard, Suite 900
 5 |     San Jose, California 95113
   |     Telephone: (408) 535-5082
 6 |     FAX: (408) 535-5066
   |     Email: Christopher.Jeu@usdoj.gov
 7 |
 8 | Attorneys for Defendant
   | Federal Bureau of Prisons
 9 |
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| KEITH H. ("MALIK") WASHINGTON, *et al.*, | Case No. 21-cv-00787-JST |
| Plaintiffs, | |
| v. | **STIPULATED REQUEST TO EXTEND TRO BRIEFING SCHEDULE AND [PROPOSED] ORDER** |
| FEDERAL BUREAU OF PRISONS, *et al.*, | |
| Defendants. | |

      Pursuant to Civil Local Rule 6-2, Plaintiffs and Defendants respectfully request to extend the briefing schedule for the Applications for the Temporary Restraining Order by four days and to extend the hearing date.

      WHEREAS, pursuant to the Court's Order, Defendants' Response is due on February 12, 2021. Dkt. No. 35.

      WHEREAS, Defendants have been working diligently on the Response to Plaintiffs' Application, the supporting declarations, and the exhibits;

      WHEREAS, Defendants need additional time to complete the materials. For instance, Defendant Bureau of Prisons will need more time to review and mark the exhibits for redactions. Defendant has had limited paralegal resources available, so this process will require additional time;

WHEREAS, the Parties have reached agreement to extend the briefing schedule and the hearing date;

THEREFORE, Plaintiffs and Defendants respectfully request that the Court extend the schedule as follows.

- Defendants' Responses:  February 16, 2021;
- Plaintiffs' Replies:  February 23, 2021; and
- Hearing:  Week of March 9, 2021/TBD by the Court.

Respectfully submitted,

Dated:  February 12, 2021

        DAVID L. ANDERSON
        United States Attorney

        By: /s/ Christopher F. Jeu
        Christopher F. Jeu
        Assistant United States Attorney
        Attorneys for Defendant
        Federal Bureau of Prisons

*As the ECF User whose identification and password are being used to file this Stipulation, I attest under penalty of perjury that Plaintiff's counsel has concurred in the filing of this document.*

        By:  /s/ Richard Tan
        Richard Tan
        LAW OFFICES OF RICHARD TAN

        Attorney for Plaintiffs
        KEITH H. WASHINGTON and
        SAN FRANCISCO BAY VIEW NATIONAL BLACK
        NEWSPAPER

        By:  /s/ Cheryl Wilke
        Cheryl Wilke
        LEWIS BRISBOIS

        Attorney for Defendants
        The Geo Group and Monica Hook

## ~~PROPOSED~~ ORDER

The Court has reviewed the Parties' Stipulated Request to Extend the Schedule relating to Plaintiffs' Applications for the Temporary Restraining Order.  Dkt. No. 37.

For good cause appearing, the Court orders as follows:

The schedule relating to Plaintiffs' Applications for a Temporary Restraining Order is extended as follows:

- Defendants' Responses:   February 16, 2021;
- Plaintiffs' Replies:  February 23, 2021; and
- Hearing: March 10, 2021 at 9:30 a.m.

Dated:   February 12, 2021

_____
Hon. JON S. TIGAR
United States District Judge

STIPULATED REQUEST FOR EXTENSION AND ~~[PROPOSED]~~ ORDER        3