# EXHIBIT 9

# TAYLOR STREET FACILITY 1-8-2021 COVID-19 MEMORANDUM

All residents:                                                                    1/08/2021

We have had a few residents and staff who have recently tested positive for the Covid – 19. We have no way of knowing how big of small an outbreak is so we need to take necessary precautions.

#1. The facility day spaces are all closed until further notice. Residents are restricted to their rooms. If you leave your room without authorization or are in someone else's room you will potential will be discharged or BTC> this needs to be taken seriously.

#2. Residents will be able to come down stairs by their rooms for meals only. Staff will clear each room by room. Staff will let you know when you can come down. We will be making a schedule for meals so you can plan ahead. you will grab your meal, use microwave and vending machines/ hot water  and go straight back upstairs. No eating will occur in day spaces.

#3. Working residents will be moved into rooms with working residents. Non working will live with non-working residents. So be prepared to move if instructed to do so. It will not be an option if you are told to move!

#4. Working residents: You can work if you have an essential Dept of Public Works job. If not, we will determine on a case-by-case basis if you can continue to work. You must be demonstration good COVID 19 precautions to keep working. Get tested monthly, wear PPE ect. You will be guaranteed to your room except for signing in and out and for meals. Staff will determine when your mealtime is– Not you. Do not demand to go into the kitchen as soon as your return. You must be patient if you want to keep working.

#5  We will have a full facility COVID-19 test next week with all resident and all staff. On this one day you will not be able to go to work until you have been tested. I do not know what date or time yet but I will keep you informed.

We will determine next plan after we are all tested and confirm the results. Think positive STAY negative!!

This is a difficult time but if we work together, we can get through the next week or two. If we cooperate this will be temporary!

Thank you in advance—   ████ Carpenter and   ████ Richard

# EXHIBIT 10

## REDMOND 1-9-21 EMAIL TO FACILITY DIRECTOR RICHARD

**▇▇▇▇▇ - Fw: [EXTERNAL] Media question about COVID at Taylor Center**

| | |
|---|---|
| **From:** | Richard ▇▇▇▇▇ |
| **To:** | |
| **Date:** | 2/5/2021 2:06 PM |
| **Subject:** | Fw: [EXTERNAL] Media question about COVID at Taylor Center |

▇▇▇ Richard
**FACILITY DIRECTOR**

**The GEO Group, Inc.®**
111 Taylor Street
San Francisco, CA 94102

Tel: 415-346-9769 ▇▇ Cell ▇▇▇ ▪ Fax: 415-346-0358

www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or coping of this email is strictly prohibited. If you received this email in error, please immediately notify by replying to this email.

**From:** tim▇▇▇▇▇
**Sent:** Saturday, January 9, 2021 3:58 PM
**To** ▇▇ Richard▇
**Subject:** [EXTERNAL] Media question about COVID at Taylor Center

Hi, I'm a reporter with 48hills.org, and I just got a press release about COVID at the Taylor Center. Can you tell me if there are currently active cases, and what's being done? DO the people who live there know who has tested positive?

Are there any plans to move out of the center people who are close to the end of their probation and have jobs and a place to go?

Thanks so much.

# EXHIBIT 11

# WASHINGTON & REDMOND TEXT MESSAGES







# EXHIBIT 12

## INCIDENT REPORT NUMBER 3466318

BP-A0288
Jan 17
U.S. DEPARTMENT OF JUSTICE

**INCIDENT REPORT**

FEDERAL BUREAU OF PRISONS

### Part I - Incident Report

| 1. Institution: 9NL Taylor Street Center | Incident Report Number: | | |
|---|---|---|---|
| 2. Inmate's Name:<br>Washington, Keith Harry | 3. Register Number<br>34481-037 | 4. Date Of Incident<br>01/10/2021 | 5. Time<br>1600 |
| 6. Place Of Incident<br>Taylor Street Admin Area | 7. Assignment<br>Pre-Release | 8. Unit<br>Room 232 | |
| 9. Incident:   Unauthorized contact with the public | | 10. Code: 327 / 297 | |

11. Description of Incident (Date: 1/10/2021 Time:16:00 Staff become aware of incident)

At approximately 16:00 on January 10, 2021, I Case Manager ▆▆▆ Gomez was conducting a Cé
Phone search. I confiscated Resident Washington, Keith Harry iPhone Xr. As I was searchin
through the photo album on the phone, there was a picture of Taylor Street Memo from Janu
8, 2021. I continued my search on the phone through the text messages and I found Residen
Washington sent the picture of the memo mentioned above with to Tim ▆▆▆▆

Resident Washington started the conversation with "Covid outbreak here Tim" with the pict
attached.
Time responded, "Whoa can I call u in am".
Resident Washington responded "Yes."
Tim replied, "Ok".
Resident Washington replied "Sorry to bother you but this was breaking news".
Tim responded "No worries will call".
Resident Washington sent the twitter link "BREAKING: COVID outbreak at SF re-entry progra
run by San Francisco private prison and immigration camp profiteer GEO Group" to Tim.

As per the policy of the BOP, "Interviews by reporters and others… may be permitted only
special arrangement and with approval."

Tim ▆▆▆▆ has proceeded to email ▆▆▆ Richard asking for more information. Tim has ask
" Hi, I'm a reporter with 48hills.org, and I just got a press release about COVID at the
Taylor Center. Can you tell me if there are currently active cases, and what's being done
DO the people who live there know who has tested positive?

Are there any plans to move out of the center people who are close to the end of their
probation and have jobs and a place to go?

Thanks so much."

On 9/3/2020, Resident Washington signed the Cell Phone Agreement that the phone is to be
used to employment purposes, family contact and contact with your non-felon friends. The
agreement also says, do not record or take pictures at the facility.

Based on the above facts I, ▆▆▆ Gomez, with violating prohibited Act Code 327: Unauthor:
contact with the public. + 297-phone abuse②

| 12. Typed Name/Signature Of Reporting Employee | | 13. Date And Time | |
|---|---|---|---|
| ▆▆▆ Gomez | | 1/10/2021 17:00 | |
| 14. Incident Report Delivered To Above Inmate By<br>(Type Name/Signature)<br>▆▆▆ Ogumbui | 15. Date Incident<br>Report<br>Delivered<br>1/14/21 | 16.Time Incident<br>Report Delivered<br>0736 | |

**Part II - CDC Action**

**17. Comments of Inmate to CDC Regarding Above Incident**

Mr. Washington was cooperative and polite. He stated he was exercising his right to free speech. He said he has numerous friends that are reporters. M. ▊▊▊▊ is a friend and collegue. He gave him the information Knowing he should not take pictures of Geo documents. He said he works at Bay News and his family/friends & support group are all media

**18.  A.  It is The Finding Of The CDC That You:**

   __K__  Committed the following Prohibited Act.

   _____  Do not commit a Prohibited Act.

**B.**  _____  The CDC is referring the charge(s) to the DHO For further hearing.

**C.**  _____  The CDC advised the offender of its finding and of the right to file an appeal within 20 calendar days

**19.  Committee Decision is Based On The Following Information**

Cellphone lap/top acknowledgement signed by Washington on 9/3/2020 states he can not record or take pictures. He also is aware he can not have unauthorized contact w/ media or public and discuss GEO or BOP matters. Washington Knowing contacted media rep to discuss facility matter.

**20. Composite Action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act)**

Loss of phone for 30 days.

**21. Date and time of notice** __1 | 11 | 2021__   (The CDC Chairperson's signature next to name certifies who sat on the UDC that the completed report accurately reflects the CDC proceedings.)

M Richard Richard ▊▊▊▊

Chairperson (Type Name/signature)           Member (Type Name)           Member (Type Name)

PDF              Prescribed by PS 7310             BP-s205.073 Replaces BP-S205.073 of MAR 94

| Part III - Investigation | 22.  Date and Time Investigation Began |
| --- | --- |
| | 01/11/21   0738 |

23.  Offender advised of right to remain silent:  You are advised of your right to remain silent at all stages of the disciplinary process but are informed that your silence may be used to draw an adverse inference against you at any stage of the institutional disciplinary process.  You are also informed that your silence alone may not be used to support a finding that you have committed a Prohibited Act.

The Offender was advised of the above right by ▮▮▮▮ Ogunlusi   At (Date/time)   01/11/21   0748

24. Offender Statement and Attitude
The US Constitution guarantees my right to excercise my first amendment right to free speech. Communicating a risk of public harm to the media and to the public is my duty as a member of the media, as a believer in God and as a citizen of the United States of America. I will excercise my rights.

25.  Other Facts About the Incident, Statement Of Those Person Present At Scene, Disposition Of Evidence, Etc.

Review of cell phone records

Review of cell phone rules acknowledgment

26. Investigator's Comments and Conclusions
This matter should be referred to CDC for further investigation.

27.  Action Taken
Refer to CDC

Date and Time Investigation Completed  01/11/21   0753

Printed Name/signature Of Investigator ▮▮▮▮ Ogunlusi

_____   Case Manager
Signature                          Title

PDF                Prescribed by PS 7310          Replaces BP-S205.073 or MAR  84

# EXHIBIT 13

## CENTER DISCIPLINE COMMITTEE REPORT FOR IRN 3466318

BP-A0288
JUN 10

**CENTER DISCIPLINE COMMITTEE REPORT (CCC'S)**

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISON**

| Name of Inmate | Register Number | Hearing Date |
|---|---|---|
| Washington Keith | 34481 - 037 | 1/11/21 |

| Date of Incident | Date of Incident Report | Prohibited Act(s) Code |
|---|---|---|
| 1/10/2021 | 1/10/21 | 327 |

Summary of Charge(s): Unauthorized contact w/ the public

## I. NOTICE OF CHARGE(S)

_____ Date _____   _____ Typed Name/Signature DHO _____

A. Advance written notice of charges (copy of incident report) was given to inmate on
1/11/2021 at 0736 by ▓▓▓▓ Ogunlosi

B. The CDC Hearing was held on 1/11/2021 at 10:00 am (Waived 24h
C. The inmate was advised of his rights before this CDC by ▓▓▓▓ Ogunlosi
on 1/11/2021 and a copy of the advisement of rights form is attached.

## II. STAFF REPRESENTATIVE

A. Inmate waived right to staff representative: ☑Yes ☐No ☐N/A
B. Inmate requested staff representative and _____ appeared.
C. Requested staff representative declined or could not appear but inmate was advised of option to postpone hearing to obtain another staff representative with the result that

## III. PRESENTATION OF EVIDENCE

A. Inmate has been advised of his right to present a statement or to remain silent, to present documents, including written statements of unavailable witnesses, and for relevant and material witnesses to appear in his behalf at the hearing. Inmate admits/denies the charge(s). He stated he was exercising his right to free speech and to contact media. He stated he knew he couldn't take a "picture of Geo

*Admits act but denies it should be IR*

B. Summary of Inmate Statement: firm He said his support & family are all reporters & media. Tim ▓▓▓▓ is a friend. Not just a reporter. He said he would abide by phone rules but would be appealing.

C. Witnesses:
1. The inmate requested witnesses: ☐Yes ☑No
2. The following persons were called as witnesses at this hearing and appeared:
3. A summary of testimony of each is attached: ☐Yes ☐No ☑N/A
4. The following persons requested were not called for the reason(s) given:
5. Unavailable witnesses were requested to submit written statements and those statements were considered:
☐Yes ☐No ☑N/A

D. Documentary Evidence: In addition to the Incident Report and Investigation, the Committee considered the following documents:
Phone records, Cell phone rules signed by Washington

E. Confidential information was considered by the CDC and not provided to inmate
☐Yes ☑No ☐N/A

BP-E208 (Continued)

## IV. FINDINGS OF THE COMMITTEE

☑ a. The act was committed as charged.

☐ b. The following act was committed:

☐ c. No prohibited act was committed: Expunge according to your Statement of Work.

## V. SPECIFIC EVIDENCE RELIED ON TO SUPPORT FINDINGS

Reviewed phone records
Reviewed phone rules signed by Washington
It is evident Washington sent info to reporter
regarding facility information without authorization

## VI. SANCTION RECOMMENDATION

Loss of phone for 30 days —

## VII. REASON FOR SANCTION RECOMMENDATION

It is evident Mr. Washington broke a rule and
will be accountable for contacting unauthorized public.

## VIII. APPEAL RIGHTS

The inmate has been advised of the findings, specific evidence relied on, action and reasons for the action. The inmate has been advised of his right to appeal under the Administrative Remedy Procedure or by letter within 20 days of the imposition of the sanction to the Regional Director. A copy of this report has been given to the inmate.

## IX. DISCIPLINE COMMITTEE

| Chairperson | | Member | | Member |
|---|---|---|---|---|
| M Richard | ▮▮▮▮ Richard | | | |

## X. ACTION BY DHO

DHHO MOA CBC/
30 DAS Loss Phone/ computer

_(signatures)_   DHO   1152

Typed Name/Signature - DHO

Prescribed by P7331

# EXHIBIT 14

## FEBRUARY 3, 2021 INCIDENT REPORT NUMBER

BP-A0288
Jan 17
U.S. DEPARTMENT OF JUSTICE

INCIDENT REPORT

FEDERAL BUREAU OF PRISONS

Part I - Incident Report

| 1. Institution: 9NL Taylor Street Center | | Incident Report Number: | |
|---|---|---|---|
| 2. Inmate's Name:<br>Washington, Keith | 3. Register Number<br>34481-037 | 4. Date of Incident-<br>01/27/2021 | 5. Time<br>0630hrs |
| 6. Place of Incident<br>Outside the Facility | 7. Assignment<br>Pre-Release | 8. Unit<br>232 | |
| 9. Incident: | Escape from work detail, non-secure institution, or other non-secure confinement, including community confinement; with subsequent voluntary return to Bureau of prisons custody within four hours. Participating in an unauthorized meeting or gathering. Unauthorized contacts with the public. | 10. Codes:200, 315 & 316 | |

11. Description of Incident Date: 01/27/2021 Time:0630hrs: Escape from work detail, non-secure institution, or other non-secure confinement, including community confinement; with subsequent voluntary return to Bureau of prisons custody within four hours. Participating in an unauthorized meeting or gathering. Unauthorized contacts with the public.

On Wednesday February 3rd, 2021, Job developer Lanval ████████ reviewed news posting and press conference that was posted on line. It identified inmate Washington, Keith Reg#34481-037 in a recorded press conference and at a rally sometimes in December 2020, at the UC Hasting Campus, which he was not authorized to do. According to his control sheets, he signed out on several days to go to work at S.F. Bay Newspaper with varying return time. Inmate Washington, Keith Reg#34481-037 was informed during orientation about accountability; to be at the specific location signed on the DAR (Daily Accountability Report). He acknowledged and signed the document. He did not have permission to leave his work site. He did not have permission to attend a press conference. Washington was informed on 1/13/2021 all press conference's must be approved in advance by BOP. He was also informed any media contact addressing BOP or GEO facility would need permission from BOP Central Office. His employer was provided this information as well. During the 30 minutes press conference Washington mentioned GEO Taylor St. Center, identifying staff by names and referred to BOP on a number of occasions. He did not submit a request to have contact with the media or attend this meeting.

Based on this Job Developer ████████ Lanval is citing inmate Washington, Keith Reg#34481-037 with violation prohibited act code 200: Escape from work detail, non-secure institution, or other non-secure confinement, including community confinement; with subsequent voluntary return to Bureau of prisons custody within four hours. Code 315: Participating in an unauthorized meeting or gathering. Code 316: Unauthorized contacts with the public.



| 12. Typed Name/Signature of Reporting Employee<br>████████ Lanval | 13. Date and Time<br>02/03/2021 2000hrs | |
|---|---|---|
| 14. Incident Report Delivered to Above Inmate By<br>(Type Name/Signature)<br>████████  Ishmael | 15. Date Incident<br>Report<br>Delivered<br>2/4/2021 | 16.Time Incident<br>Report Delivered<br>1813 |

# EXHIBIT 15

# WASHINGTON'S DECEMBER 2020 ACCOUNTABILITY REPORTS

| SIGN OUT | DESTINATION | SCHEDULED RETURN TIME | RESIDENT INITIALS | STAFF INITIALS | SIGN IN | RESIDENT INITIALS | STAFF INITIALS | BA | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 12-1-20 0700 | WorL ☑Walk ☑Bus/Bart ☐Drive | 12-1-20 19:30 | KW | | 12/1/20 1927 | KW | JS | 96.3 | |
| 12-2-20 0924 | Work ☑Walk ☑Bus/Bart ☐Drive | 12-2-20 1930 | KW | II | 12/2/20 1923 | KW | AD | 97.4 | |
| 12-3-20 0725 | Work ☑Walk ☑Bus/Bart ☐Drive | 12-3-20 1930 | KW | II | 12/3/20 19:29 | KW | ES | 97.60 | |
| 12-4-20 0634 | Work ☑Walk ☐Bus/Bart ☐Drive | 12-4-20 1930 | - | ES | 12/5/20 0328 | KW | RT | 98.5 | |
| 12/6 1327 | work ☑Walk ☐Bus/Bart ☐Drive | 12/6 2230 | KW | JS | 12/6/20 2218 | KW | m.m | 97.8 | |
| 12-7-20 0929 | work ☑Walk ☑Bus/Bart ☐Drive | 12-7-20 1930 | KW | II | 12-7-20 1934 | KW | MS | 97.3 | |
| 12/8 0731 | work ☑Walk ☐Bus/Bart ☐Drive | 12/8 1930 | KW | N | 12-9-20 1932 | KW | AP | 97.1 | |
| 12/10/20 0730 | Work ☑Walk ☐Bus/Bart ☐Drive | 12/10 | KW | L | 12/10/20 1935 | KW | 29 | 97.4 | |
| 12/11 0726 | work ☑Walk ☐Bus/Bart ☐Drive | 12/11 1930 | KW | JS | 12/11 1928 | KW | AP | 98 | |
| 12/12 1227 | work ☑Walk ☐Bus/Bart ☐Drive | 12/13 0030 | KW | TP | 12-12-20 1907 | KW | II | 97.3 | |
| 12/14/20 0832 | SF Bayview ☑Walk ☑Bus/Bart ☐Drive | 12-14-20 1930 | KW | II | 12/14/20 1974 | KW | RS | 98.4 | |
| 12/15 0727 | work ☑Walk ☐Bus/Bart ☐Drive | 12/15 1930 | KW | TP | 12/15 1930 | KW | JS | 97.1 | |
| 12/17 0730 | work ☑Walk ☐Bus/Bart ☐Drive | 12/17 1930 | KW | TP | 12/17 1936 | KW | L | 96.4 | walking challenging mn |
| 12-18-20 0730 | work SF bay view ☐Walk ☑Bus/Bart ☐Drive | 12-18-20 1930 | KW | MS | 12/18/20 1938 | KW | AP | 97.3 | |

# Taylor Street Center Control Sheet

| RESIDENT NAME: | Keith Washington | REG.# 34481-037 | Housing: ~~Home Confinement~~ 232 / 64 |
| --- | --- | --- | --- |

| RESIDENT CELL PHONE #: ▓▓▓▓▓ | STATUS: Pre-release | CM: BI |
| --- | --- | --- |

**Work / School / Volunteer Info:**
Name: SF Bay News Paper / Hope House
Address: 4917 3rd Street, San Francisco CA 94124
Phone #: 415-671-0789 / 415 671-1100

**Residence Info:**
Name:
Address:
Phone #:

| SIGN OUT | DESTINATION / Mode of Transportation | SCHEDULED RETURN TIME | RESIDENT INITIALS | STAFF INITIALS | SIGN IN | RESIDENT INITIALS | STAFF INITIALS | BA Results | Comments |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 12.19 1328 | work — ☑Walk ☐Bus/Bart ☐Drive | 12/20 2300 | | JS | 12-20-20 0034 | | MS | 97-5 | |
| 12-21-20 0730 | fork — ☑Walk ☐Bus/Bart ☐Drive | 12-21 1930 | | | 12-21-20 1931 | | MS | 96·8 | |
| 12-22-20 0727 | work — ☒Walk ☐Bus/Bart ☐Drive | 12-22-20 1930 | | TL | 12-22-20 1928 | | AD | 97.0 | |
| 12-23-20 0728 | work — ☒Walk ☐Bus/Bart ☐Drive | 12-23-20 1930 | | TL | 12/23/20 19:30 | | EJ | 94.80 | |
| 12/24 0725 | work — ☒Walk ☐Bus/Bart ☐Drive | 12/24 1930 | | | 12/24/20 1930 | | AT | 94.5 | |
| 12/26 1320 | work — ☒Walk ☒Bus/Bart ☐Drive | 12/27 0030 | | | 12/27 00·30 | | LJ | 95.9 | |
| 12/28/20 0738 | work — ☑Walk ☐Bus/Bart ☐Drive | 12/28/20 1930 | | | 12-28 19:31 | | m.m | 96.70 | |
| 12/29/20 7:30 | WORK — ☒Walk ☒Bus/Bart ☐Drive | 12/29/20 19:30 | | m.m | 12/29 1930 | | S | 96.80 | |
| 12/30/20 0726 | Work — ☐Walk ☒Bus/Bart ☐Drive | 12/30/20 1930 | | | 12·30 19:35 | | JP | 94.1 | |
| 12/31 13:13 | WORK — ☒Walk ☒Bus/Bart ☐Drive | 01/01/21 00:30 | | m.m | 1-1-20 0031 | | MS | 95-8 | |
| 1-2-21 0828 | WORK SF Bay View — ☒Walk ☒Bus/Bart ☐Drive | 1-2-21 2030 | | MS | 1-2-21 2030 | | TL | 96.5 | |

# EXHIBIT 16

## WASHINGTON GEO GROUP INC. FACILITY BOUNDARIES POLICY



# Facility Boundaries

Residents are not allowed to loiter in the lobby area. Residents are only allowed in the lobby when arriving at the facility, in passing, or when requesting to speak to a staff member. **At no time can food or items be delivered, dropped off, or brought in by visitors or family.**

Residents are restricted to their own room, dining area, visiting area, laundry room, classrooms (only when class is in session), and to the places listed on their DAR's. If a resident is found in any other area they will receive disciplinary action.

**The DAR** or Daily Accountability Report is to be used when you go into the community. The DAR is used to monitor your locations while in the community. All DAR's are to be submitted 48 hours in advance of you leaving the facility. Residents who do not have their DAR's completed will not be allowed to leave the facility.

All DAR's are to be given to your Case Manager for approval, **I know that am only permitted to go to places listed on my DAR. Any deviation from my DAR/Schedule is considered unaccountability and disciplinary action will follow.**

If you are **unaccountable** for **15 minutes** escape process will be initiated and you may be charged with ESCAPE! If you are running late be sure to call the front desk!!

**Front Desk # (415) 346-9769, press 0. You must speak to a live person!!! Keep Calling BACK.**

K HW    9-4-2020

Resident Initials and Date