```
 1  DAVID L. ANDERSON (CABN 149604)
    United States Attorney
 2  SARA WINSLOW (DCBN 457643)
    Chief, Civil Division
 3  CHRISTOPHER F. JEU (CABN 247865)
    Assistant United States Attorney
 4  150 Almaden Boulevard, Suite 900
    San Jose, California 95113
 5  Telephone: (408) 535-5082
    FAX: (408) 535-5066
 6  Christopher.Jeu@usdoj.gov

 7  Attorneys for Defendant
    Federal Bureau of Prisons
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KEITH H. ("MALIK") WASHINGTON, an individual; and SAN FRANCISCO BAY VIEW NATIONAL BLACK NEWSPAPER, a California corporation,<br><br>　　　Plaintiffs,<br><br>　v.<br><br>FEDERAL BUREAU OF PRISONS, THE GEO GROUP, INC., dba GEO CALIFORNIA, INC., MONICA HOOK, MARIA RICHARD, WILL GOMEZ, MURTALA LANVAL, AND DOES 1 through 10, inclusive,<br><br>　　　Defendants. | Case No. 4:21-cv-00787-JST<br><br>**DECLARATION OF CHRISTOPHER F. JEU**<br><br>Hon. Jon S. Tigar<br>Location: Courtroom 6 – 2nd Floor<br>Date: March 10, 2021<br>Time: 9:30 a.m. |

DECLARATION OF CHRISTOPHER F. JEU
CASE NO. 4:21-CV-0787-JST

1     I , CHRISTOPHER F. JEU, declare as follows:

2     I am the Assistant United States Attorney assigned to the above-captioned action.

3     1.    Attached hereto as Exhibit 1 is a true and correct copy of a Bureau of Prisons Statement of Work (SOW), Residential Reentry Center, October 2016, available at https://www.justice.gov/archives/dag/page/file/914021/download (last visited February 16, 2021).

    I declare under penalty of perjury that the foregoing is true and correct. Executed on February 16, 2021, in San Jose, California.

    Respectfully submitted,

    */s/ Christopher F. Jeu*
    CHRISTOPHER F. JEU

DECLARATION OF CHRISTOPHER F. JEU
CASE NO. 4:21-CV-0787-JST     1