DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
CHRISTOPHER F. JEU (CABN 247865)
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5066
Christopher.Jeu@usdoj.gov

Attorneys for Defendant
Federal Bureau of Prisons

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KEITH H. ("MALIK") WASHINGTON, an individual; and SAN FRANCISCO BAY VIEW NATIONAL BLACK NEWSPAPER, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS, THE GEO GROUP, INC., dba GEO CALIFORNIA, INC., MONICA HOOK, MARIA RICHARD, WILL GOMEZ, MURTALA LANVAL, AND DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 4:21-cv-00787-JST<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' APPLICATIONS FOR A TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, OR AN ORDER TO SHOW CAUSE**<br><br>Hon. Jon S. Tigar<br>Location: Courtroom 6 – 2nd Floor<br>Date: March 10, 2021<br>Time: 9:30 a.m. |

1. Plaintiffs have not established likelihood of success on the merits. *See Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008). Defendants did not retaliate against Plaintiffs. Rather, Defendants were enforcing the Federal Bureau of Prisons and Geo Group rules and regulations on an even-handed basis.

2. Nor have Plaintiffs shown irreparable harm, balance of the equities, or public interest. *See id.*

3. Moreover, a mandatory injunction is not warranted. *See Stanley v. Univ. of S. Cal.*, 13 F.3d 1313, 1319 (9th Cir. 1994). A mandatory injunction "goes well beyond simply maintaining the status quo pendente lite and is particularly disfavored." *Id*. at 1320. A mandatory injunction "should not be issued unless the facts and law clearly favor the moving party." *Anderson v. United States*, 612 F.2d 1112, 1114 (9th Cir. 1979). Mandatory injunctions "are not granted unless extreme or very serious damage will result and are not issued in doubtful cases[.]" *Id*. at 1115. Here, Plaintiffs have not established that the facts and law clearly favor them.

4. Plaintiffs' Motion for Temporary Restraining Order is denied.

5. Plaintiffs' Motion for a Preliminary Injunction is denied.

6. Plaintiffs' Motion for an Order to Show Cause is denied.

IT IS SO ORDERED.

Dated: _____        _____
                              HON. JON S. TIGAR
                              United States District Judge