AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California ▾

| | | |
|---|---|---|
| KEITH H. "MALIK" WASHINGTON; SAN FRANCISCO BAY VIEW NATIONAL BLACK NEWSPAPER, | ) ) ) ) ) ) | |
| _Plaintiff(s)_ | ) ) ) | Civil Action No.  3:21-cv-00787 LB |
| v. | ) ) | |
| FEDERAL BUREAU OF PRISONS; THE GEO GROUP, INC., a Florida corporation, dba GEO CALIFORNIA, INC.; MONICA HOOK; MARIA RICHARD; WILL GOMEZ, et al., | ) ) ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Federal Bureau of Prisons
Central Office
320 First Street, NW
Washington, DC 20534

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard Tan
LAW OFFICES OF RICHARD TAN
3020 Bridgeway, Suite 192
Sausalito, CA 94965

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

_Susan Y. Soong_

Date:        02/03/2021                                    _Gina Agustine_ Gina Agustine

_Signature of Clerk or Deputy Clerk_

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| RICHARD TAN I SBN: 327366<br>LAW OFFICES OF RICHARD TAN<br>3020 Bridgeway  SUITE 192 Sausalito, CA 949651439<br><br>TELEPHONE NO.: (510) 345-3246 I FAX NO.  I E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff: | |

| UNITED STATES DISTRICT COURT | |
|---|---|
| STREET ADDRESS: 450 GOLDEN GATE #1111<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SAN FRANCISCO, CA 94102<br>BRANCH NAME: NORTHERN DISTRICT | |

| PLAINTIFF:  KEITH H. "MALIK" WASHINGTON, ET AL. | CASE NUMBER: |
|---|---|
| DEFENDANT:  FEDERAL BUREAU OF PRISONS, ET AL. | 3:21-cv-00787-LB |

| **PROOF OF SERVICE** | Ref. No. or File No.: |
|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**SUMMONS IN A CIVIL ACTION; VERIFIED APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND COMPLAINT FOR DAMAGES AND INJUNCTIVE AND DECLARATORY RELIEF; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CMC STATEMENT PACKET; STANDING ORDER FOR US MAGISTRATE JUDGE LAUREL BEELER**

PARTY SERVED:  **FEDERAL BUREAU OF PRISONS, A PUBLIC AGENCY OF THE UNITED STATES**

PERSON SERVED:  **C/O UNITED STATES ATTORNEY'S OFFICE -**

BY LEAVING WITH:  **YVONNE NICKERSON - RECEPTIONIST**

DATE & TIME OF DELIVERY:  **2/9/2021**
**12:34 PM**

ADDRESS, CITY, AND STATE:  **450 Golden Gate Ave**
San Francisco, CA 941023661

MANNER OF SERVICE:

Substituted Service - By leaving the copies with or in the presence of YVONNE NICKERSON a person at least 18 years of age apparently in charge at the office or usual place of business of the person served. I informed him/her of the general nature of the papers. A declaration of diligence is attached.



Fee for Service: $ 118.85
   County: SAN FRANCISCO
   Registration No.: 2018-0001414
   ONE HOUR LEGAL
   2920 CAMINO DIABLO
   WALNUT CREEK, CA 94597
   (925) 947-3470

I declare under penalty of perjury under the laws of the The United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on February 10, 2021.

Signature: _____
MAHESH BHAGAT

**PROOF OF SERVICE**

| Attorney or Party without Attorney:<br>RICHARD TAN, SBN: 327366<br>LAW OFFICES OF RICHARD TAN<br>3020 Bridgeway  SUITE 192<br>Sausalito, CA 949651439<br>TELEPHONE No.: (510) 345-3246   FAX No. (Optional): | E-MAIL ADDRESS (Optional): | FOR COURT USE ONLY |
|---|---|---|

Attorney for: Plaintiff

Ref No. or File No.:

Insert name of Court, and Judicial District and Branch Court:
**UNITED STATES DISTRICT COURT - NORTHERN DISTRICT**

Plaintiff: KEITH H. "MALIK" WASHINGTON, ET AL.

Defendant: FEDERAL BUREAU OF PRISONS, ET AL.

| **PROOF OF SERVICE**<br>BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>3:21-cv-00787-LB |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action.  I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS IN A CIVIL ACTION; VERIFIED APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND COMPLAINT FOR DAMAGES AND INJUNCTIVE AND DECLARATORY RELIEF; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CMC STATEMENT PACKET; STANDING ORDER FOR US MAGISTRATE JUDGE LAUREL BEELER;

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at WALNUT CREEK, California, addressed as  follows:

   a. Date of Mailing:          February 10, 2021

   b. Place of Mailing:        WALNUT CREEK, CA

   c. Addressed as follows:   FEDERAL BUREAU OF PRISONS, A PUBLIC AGENCY OF THE UNITED STATES
   ATTENTION: C/O UNITED STATES ATTORNEY'S OFFICE -
   450 Golden Gate Ave
   San Francisco, CA 94102-3661

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be  deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at WALNUT CREEK, California in the ordinary course of  business.

Fee for Service: **$ 118.85**
   County:
   Registration:
   **ONE HOUR LEGAL**
   2920 CAMINO DIABLO
   WALNUT CREEK, CA 94597
   (925) 947-3470

I declare under penalty of perjury under the laws of the The United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **February 10, 2021**.

Signature: _____

**Chris Rousseau**

**PROOF OF SERVICE BY MAIL**

Order#: 5889/mailproof