AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| KEITH H. "MALIK" WASHINGTON; SAN FRANCISCO BAY VIEW NATIONAL BLACK NEWSPAPER, *Plaintiff(s)* <br><br> v. <br><br> FEDERAL BUREAU OF PRISONS; THE GEO GROUP, INC., a Florida corporation, dba GEO CALIFORNIA, INC.; MONICA HOOK; MARIA RICHARD; WILL GOMEZ, MURTALA LANVAL, et al., *Defendant(s)* | Civil Action No. 4:21-cv-00787-JST |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Monica Hook, 4955 Technology Way, Boca Raton, FL 33487
Maria Richard, 111 Taylor Street, San Francisco, CA 94102
Murtala Lanval, 111 Taylor Street, San Francisco, CA 94102
Will Gomez, 111 Taylor Street, San Francisco, CA 94102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Richard Tan
LAW OFFICES OF RICHARD TAN
3020 Bridgeway, Suite 192
Sausalito, CA 94965

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: 2/19/2021

*Signature of Clerk or Deputy Clerk*