**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN S. POULOS, SB# 154689
  E-Mail: John.Poulos@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
CHERYL WILKE, SB# 216109
  E-Mail: Cheryl.Wilke@lewisbrisbois.com
110 SE 6th Street, Suite 2600
Fort Lauderdale, FL 33301
Telephone: 954.728.1280
Facsimile: 954.728.1282

Attorneys for Defendants GEO GROUP, INC., a Florida Corporation, dba GEO CALIFORNIA, INC., and MONICA HOOK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH H. ("MALIK") WASHINGTON, an individual; and SAN FRANCISCO BAY VIEW NATIONAL BLACK NEWSPAPER, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL BUREAU OF PRISONS, a public agency of the United States; THE GEO GROUP, INC., a Florida corporation, dba GEO CALIFORNIA, INC.; MONICA HOOK, an individual; MARIA RICHARD, an individual; WILL GOMEZ, an individual; MURTALA LANVAL, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 4:21-cv-00787-JST<br><br>**DEFENDANTS GEO GROUP, INC., A FLORIDA CORPORATION DBA GEO CALIFORNIA, INC. AND MONICA HOOK'S VERIFIED ANSWER TO PLAINTIFFS' AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE AND DECLARATORY RELIEF**<br><br>Trial Date:    None Set |

Defendants GEO CALIFORNIA, INC., a Florida corporation, dba GEO CALIFORNIA, INC. ("GEO") and MONICA HOOK ("HOOK"), collectively

referred to as Defendants and individually, by name, respond to Plaintiffs KEITH H. ("MALIK") WASHINGTON and SAN FRANCISCO BAY VIEW NATIONAL BLACK NEWSPAPER's ("Plaintiffs") Amended Complaint for Damages and Injunctive and Declaratory Relief ("Complaint") as follows:

## INTRODUCTION

1. Answering Paragraph 1 of the Complaint, Defendants lack sufficient factual basis to admit or deny the allegations set forth in Paragraph 1 of the Complaint and therefore deny the same.

2. Defendants deny the allegations in this paragraph and that any violations occurred or relief is required.

3. Denied.

4. Denied that retaliation occurred as described.

5. Denied.

6. Admitted.

7. Admitted as to Mr. Washington's status as a resident at the Taylor Street facility. Denied as to the remaining allegations in the paragraph.

8. Denied.

## JURISDICTION AND VENUE

9. Denied as to any violations of any of the statutes set forth. The Defendants deny that this court has jurisdiction as the Plaintiff has not exhausted

10. The allegations in Paragraph 10 of the Complaint that venue is proper in is a legal conclusion that does not require an answer. To the extent a further answer is required, Defendants admit that it conducts business in the city and county of San Francisco.

## PARTIES

11. Denied.

12. Without knowledge of the Plaintiff's employment, education and incarceration history before his assignment to Taylor Street.

13. Admitted as to Washington's custody requirements with the Federal Bureau of Prisons. Denied as to the remaining claims in this Paragraph.

14. Denied.

15. Denied as to duties approved for Washington's work release program.

16. Admitted as to writing stories. Denied as to development of stories.

17. Denied.

18. Denied.

19. Without knowledge of readership and details of distribution. To the extent the allegations of paragraph 19 attempt to state a legal or factual conclusion, such allegations do not require an answer.

20. Admitted.

21. These Defendants are not responding on behalf of Bureau of Prisons. However, the allegations in paragraph 21 are denied to the extent they reference a finite number of services which can and are provided by GEO Group.

22. Denied.

23. Admitted as to GEO's responsibility as contractual obligations. To the extent the Plaintiff attempts to characterize the contract, Defendants deny such allegations.

24. Admitted as to the GEO's creation of its "Global Human Rights Policy." Denied as to the characterization of the terms.

25. The Defendants do not have sufficient first hand factual basis to admit or deny the allegations set forth in Paragraph 25.

26. The Defendants are without knowledge of the Bureau of Prison's contract considerations.

27. Admitted as to job title of Monica Hook. Denied that she is sui juris in her individual capacity.

28. The Defendants, GEO Group and Hook are responding only on their behalf and therefore do not make any representations as to the Co-Defendants.

29. The Defendants, GEO Group and Hook are responding only on their behalf and therefore do not make any representations as to the Co-Defendants

30. The Defendants, GEO Group and Hook are responding only on their behalf and therefore do not make any representations as to the Co-Defendants

31. Denied.

32. Denied.

## GENERAL ALLEGATIONS

33. Denied.

34. Defendant admits that the memorandum is a true and correct copy.

35. Denied.

36. Denied.

37. Without knowledge of the Plaintiff's actions and communications or the responses of non-party, Redmond

38. Denied.

39. Hook and GEO are without knowledge as to the Plaintiff's communications with non-party Redmond. To the extent the allegations attempt to characterize Plaintiff's actions as proper under the terms of this confinement, Defendant deny same.

40. The allegation is not related to the actions of the Plaintiff or Defendants and therefore, Defendants lack sufficient knowledge to respond.

41. Defendants admit that emails were sent from reporters to the Taylor Street facility regarding COVID-19 positive cases. Denies the quoted statement is complete.

42. Admitted as to the response from Hook.

43. The allegation is not related to the actions of the Plaintiff or Defendants and therefore, Defendants lack sufficient knowledge to respond.

44. Admitted as to Hook's attempts to ascertain the identity of the third party.

45. Admitted.

46. Admitted.

47. The allegation is not related to the actions of the Plaintiff or Defendants and therefore, Defendants lack sufficient knowledge to respond.

48. Denied.

49. Denied.

50. Denied.

51. Admitted.

52. Admitted.

53. Denied.

54. Denied.

55. Admitted.

56. Admitted that discipline was extended. Denied as to relationship to Washington approved job release.

57. Denied.

58. Denied.

59. Admitted.

60. Denied.

61. Denied.

62. Admitted as to the submission of the BP-9 form. Denied as to response not being provided.

63. Answering Paragraph 63 of the Complaint, Defendants lacks sufficient factual basis to admit or deny the allegations set forth.

64. Admitted.

65. Denied that the Defendants participated in any conduct necessitating retention of counsel. Defendants deny any award of attorney fees.

/ / /

/ / /

## ADDITIONAL ALLEGATIONS REGARDING RETALIATORY ACTS OF FEBRUARY 4, 2021

66. The Allegations of Paragraph 66 are based on facts which these Defendants to have sufficient knowledge to admit or deny.

67. Denied.

68. Admitted.

69. Denied.

70. Denied.

71. Denied.

72. Denied.

73. Admitted.

74. Admitted.

75. Admitted.

76. Admitted.

77. Admitted.

78. Admitted.

79. Admitted.

80. Denied.

81. Denied as to the characterization of the Defendant's statements.

82. Admitted.

## FIRST CLAIM FOR RELIEF

### For Violations of the First Amendment

### By Each Plaintiff Against Each Defendant

61. The Defendants are utilizing the numbering on the Amended Complaint However, the numbers are out of order and start again with paragraph 61. Paragraph 61 is expository and accordingly no response is required.

62. Denied.

63. Denied.

1. 64. Denied.
2. 65. Denied.
3. 66. Denied.

## SECOND CLAIM FOR RELIEF

### For Violations of the Fifth Amendment

### By Plaintiff Washington Against All Defendants

67. Paragraph 67 is expository and accordingly no response is required.
68. Denied.
69. Denied.
70. Denied.

## THIRD CLAIM FOR RELIEF

### For Violation of the California Constitution, Article I, section 2

### By Each Plaintiff Against Defendants the GEO Group, Inc., dba GEO California, Inc.; Monica Hook; Maria Richard; Will Gomez, Murtala Lanval; and DOES 1 Through 10, Inclusive

71. Paragraph 71 is expository and accordingly no response is required.
72. Denied.
73. Denied.
74. Denied.
75. Denied.

## FOURTH CLAIM FOR RELIEF

### For Violation of California Civil Code § 52.1(b)

### By Each Plaintiff Against Defendants The GEO Group, Inc., dba GEO California, Inc.; Monica Hook; Maria Richard; Will Gomez; Murtala Lanval; and DOES 1 through 10, inclusive

76. Paragraph 76 is expository and accordingly no response is required.
77. Denied.

78. Denied.

79. Denied.

80. Denied.

## FIFTH CLAIM FOR RELIEF

### For Breach of Contract

### By Each Plaintiff Against Defendant

### The GEO Group, Inc., dba GEO California, Inc.

81. Paragraph 81 is expository and accordingly no response is required.

82. Denied as to legal entity to Contract DJB200264.

83. Admitted as to the published Global Human Rights Policy. Denied as to any violation of said policy as to Plaintiff as well as to the applicability to the Plaintiff's actions which violate BOP requirements.

84. Without knowledge of the specific content of the Universal Declaration on Human Rights.

85. Defendant GEO Group is without knowledge as to the beliefs of the Bureau of Prisons and unable to admit or deny.

86. Denied.

87. Denied.

88. Denied.

89. Denied.

## SIXTH CLAIM FOR RELIEF

### For Conversion

### By Each Plaintiff Washington Against Defendants The GEO Group, Inc., dba GEO California, Inc.; Will Gomez; Maria Richard; and Does 1 through 10, inclusive

90. Paragraph 90 is expository and accordingly no response is required.

91. On behalf of Defendant GEO, Denied.

92. On behalf of Defendant GEO, Denied.

93. On behalf of Defendant GEO, Denied.

94. On behalf of Defendant GEO, Denied.

95. On behalf of Defendant GEO, Denied.

96. TEXT

### DECLARATORY AND INJUNCTIVE RELIEF

97. Denied.

### FIRST ADDITIONAL DEFENSE[1]

1. The Complaint fails to state facts sufficient to constitute a cause of action upon which relief can be granted against Defendants. The Complaint also seeks relief against Defendants that is not properly recoverable by Plaintiff and Plaintiff is therefore barred from any recovery against Defendants.

### SECOND ADDITIONAL DEFENSE

2. Plaintiff's claims are barred because Plaintiff did not fulfill all of the conditions precedent to bringing this case based on the statutory obligations of the Prison Litigation Reform Act (PLRA) 42 U.S.C. Sec. 1997e(a).

### THIRD ADDITIONAL DEFENSE

3. Plaintiff, through his conduct, acts and omissions, is barred by the doctrine of prior breach and the terms of his confinement.

### FOURTH ADDITIONAL DEFENSE

4. Plaintiff through his conduct, acts and omissions, is estopped from asserting or recovering under any of its causes of actions alleged against Defendants in the Complaint because of his own conduct. Defendants allege that Plaintiff knew or should have known his obligations and as well as the limitation on his rights as a convicted felon serving a portion of his confinement at the Taylor Street facility, and

---

[1] By asserting these defenses, Defendants do not concede that they bear the burden of proof on any of these defenses.



is thereby estopped from claiming damages as a result of these purported conditions, actions or otherwise, if any.

**FIFTH ADDITIONAL DEFENSE**

5. The injuries and damages, if any, of which Plaintiffs complain were directly and proximately caused and contributed to by the actions of the Plaintiff as he was under the custody of the Bureau of Prisons and had limitations on his exercise of Constitutional rights, thus barring Plaintiffs from recovery herein and/or reducing Plaintiffs' recovery thereby.

**PRAYER FOR RELIEF**

WHEREFORE, Defendants GEO Group and Monica Hook respectfully pray for entry of judgment in their favor and against Plaintiffs as to all claims for relief as follows:

1. That Plaintiffs take nothing by way of their Complaint;
2. That no Restraining Order, Preliminary Injunction or Permanent Injunction be entered against Defendant GEO or Hook;
3. That no Declaratory Relief be ordered:
4. That no monetary or equitable damages or remedies be provided;
5. For a denial of an award against Defendants for any attorney's fees and costs;
6. For any other and further relief as the Court may deem just and proper.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

| | | |
|---|---|---|
| 1 | DATED:  March 5, 2021 | LEWIS BRISBOIS BISGAARD & SMITH LLP |

By:  */s/ John S. Poulos*
JOHN S. POULOS
CHERYL WILKE
Attorneys for Defendants GEO GROUP, INC., a Florida Corporation, dba GEO CALIFORNIA, INC., and MONICA HOOK

# VERIFICATION

**STATE OF FLORIDA, COUNTY OF PALM BEACH**

I have read the foregoing DEFENDANTS GEO GROUP, INC., A FLORIDA CORPORATION DBA GEO CALIFORNIA, INC. AND MONICA HOOK'S VERIFIED ANSWER TO PLAINTIFFS' AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE AND DECLARATORY RELIEF and know its contents.

☒ I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☒ I am Spencer Winepol, Associate Corporate Counsel of THE GEO GROUP, INC., A Florida corporation, dba GEO CALIFORNIA, INC., a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason.

   ☒ I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

   ☐ The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am one of the attorneys for THE GEO GROUP, INC., A Florida corporation, dba GEO CALIFORNIA, INC., a party to this action. Such party is absent from the county where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on March 5, 2021, at Boca Raton, Florida.

_Spencer Winepol_
Print Name of Signatory

_[signature]_
Signature

# VERIFICATION

**STATE OF CALIFORNIA, COUNTY OF SACRAMENTO**

I have read the foregoing DEFENDANTS GEO GROUP, INC., A FLORIDA CORPORATION DBA GEO CALIFORNIA, INC. AND MONICA HOOK'S VERIFIED ANSWER TO PLAINTIFFS' AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE AND DECLARATORY RELIEF and know its contents.

☒ I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am _____, a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason.

☐ I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

☐ The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am one of the attorneys for _____, a party to this action. Such party is absent from the county where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on March___, 2021, at Sacramento, California.

MONICA HOOK
Print Name of Signatory

_/s/ Monica Hook_
Signature

---

4847-3573-3983.1

1

Case No. 4:21-cv-00787-JST

DEFENDANTS' VERIFIED ANSWER TO PLAINTIFFS' COMPLAINT

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW