RICHARD TAN, SBN 327366
LAW OFFICES OF RICHARD TAN
3020 Bridgeway, Suite 192
Sausalito, CA 94965
Telephone: (510) 345-3246
Facsimile: (415) 532-1310
Email: richardtan@tutanota.com

Attorneys for Plaintiffs,
KEITH H. WASHINGTON,
SAN FRANCISCO BAY VIEW
NATIONAL BLACK NEWSPAPER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WASHINGTON, KEITH H. and SAN FRANCISCO BAY VIEW NATIONAL BLACK NEWSPAPER,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL BUREAU OF PRISONS, GEO CALIFORNIA, INC., MONICA HOOK, MARIA RICHARD, WILL GOMEZ and MURTALA LANVAL,<br><br>Defendants. | Case No.: 4:21-cv-00787-JST<br><br>**NOTICE OF APPEAL**<br><br>**PRELIMINARY INJUNCTION APPEAL** |

## NOTICE OF APPEAL

Plaintiffs, Keith H. Washington and the San Francisco Bay View National Black Newspaper, hereby appeal from the Court Order entered March 11, 2021 (ECF No. 63), in the above-captioned case, to the United States Court of Appeals for the Ninth Circuit.

The case was first filed in the United States District Court for the Northern District of California on February 1, 2021. This is not a cross-appeal, and there have been no previous appeals in this case.

Respectfully submitted,

Dated: April 12, 2021  **LAW OFFICES OF RICHARD TAN**

By: _/s/ Richard Tan_
Richard Tan
*(Pronouns: he/him)*

Attorney for Plaintiffs
KEITH H. WASHINGTON and SAN FRANCISCO BAY VIEW NATIONAL BLACK NEWSPAPER

*Washington v. Federal Bureau of Prisons*, Case No. 4:21-cv-00787-JST
Notice of Appeal – Preliminary Injunction

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List each party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| Keith H. Washington |
| San Francisco Bay View National Black Newspaper |

Name(s) of counsel (if any):

| Richard Tan |

Address: 3020 Bridgeway, Suite 192, Sausalito, CA 94965

Telephone number(s): (510) 345-3246

Email(s): richardtan@tutanota.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| Federal Bureau of Prisons |

Name(s) of counsel (if any):

| Christopher Frederick Jeu |

Address: 150 Almaden Boulevard, Suite 900, San Jose, CA 95113

Telephone number(s): (408) 535-5082

Email(s): christopher.jeu@usdoj.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

The GEO Group, Inc.; Monica Hook

Name(s) of counsel (if any):

John Stewart Poulos; Cheryl Wilke

Address: 2020 W. El Camino Ave., Suite 700

Telephone number(s): (916) 564-5400

Email(s): john.poulos@lewisbrisbois.com; cheryl.wilke@lewisbrisbois.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                2                              *New 12/01/2018*