STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
CHRISTOPHER F. JEU (CABN 247865)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5066
Christopher.Jeu@usdoj.gov

Attorneys for Defendant
Federal Bureau of Prisons

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KEITH H. ("MALIK") WASHINGTON, an individual; and SAN FRANCISCO BAY VIEW NATIONAL BLACK NEWSPAPER, a California corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>FEDERAL BUREAU OF PRISONS, THE GEO GROUP, INC., dba GEO CALIFORNIA, INC., MONICA HOOK, MARIA RICHARD, WILL GOMEZ, MURTALA LANVAL, AND DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 4:21-cv-00787-JST<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT FEDERAL BUREAU OF PRISONS TO RESPOND TO FIRST AMENDED COMPLAINT** |

Pursuant to Civil L.R. 6-1, by and between the parties, Plaintiffs Keith "Malik" Washington, San Francisco Bay View National Black Newspaper, Defendant Federal Bureau of Prisons, and the Geo Group Defendants, IT IS HEREBY STIPULATED THAT:

    1.    On February 5, 2021, Plaintiffs filed their First Amended Complaint. Dkt. No. 26.

    2.    On February 9, 2021, Plaintiffs served the U.S. Attorneys' Office with the original Complaint. *See* Dkt. No. 43 at 2.

3. On February 22, 2021, Plaintiffs served the U.S. Attorney's Office with the First Amended Complaint. *See* Dkt. No. 61 at 9.

4. Pursuant to the Federal Bureau of Prisons' request for extension of time, the Parties agree that the time within which the Bureau of Prisons must answer or otherwise respond to the First Amended Complaint shall be extended to and including May 12, 2021.

5. This stipulated extension will not alter any deadline fixed by Court order.

IT IS SO STIPULATED.

DATED: April 12, 2021

STEPHANIE M. HINDS
Acting United States Attorney

*/s/ Christopher F. Jeu*
Christopher F. Jeu
Assistant United States Attorney
Attorneys for Defendant
Federal Bureau of Prisons


*/s/ Richard Tan*
Richard Tan
LAW OFFICES OF RICHARD TAN

Attorney for Plaintiffs
Keith "Malik" Washington and
San Francisco Bay View National Black Newspaper


*/s/ Cheryl Wilke*
Cheryl Wilke
LEWIS BRISBOIS

Attorney for Defendants
The Geo Group and Monica Hook