RICHARD TAN, SBN 327366
LAW OFFICES OF RICHARD TAN
3020 Bridgeway, Suite 192
Sausalito, CA 94965
Telephone: (510) 345-3246
Facsimile: (415) 532-1310
Email: richardtan@tutanota.com

Attorney for Plaintiffs,
KEITH H. WASHINGTON,
SAN FRANCISCO BAY VIEW
NATIONAL BLACK NEWSPAPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KEITH H. ("MALIK") WASHINGTON, an individual; and SAN FRANCISCO BAY VIEW NATIONAL BLACK NEWSPAPER, a California corporation,<br><br>　　　Plaintiffs,<br><br>　v.<br><br>FEDERAL BUREAU OF PRISONS, THE GEO GROUP, INC., dba GEO CALIFORNIA, INC., MONICA HOOK, MARIA RICHARD, WILL GOMEZ, MURTALA LANVAL, AND DOES 1 through 10, inclusive,<br><br>　　　Defendants. | Case No. 4:21-cv-00787-JST<br><br><br><br><br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

　　　Plaintiffs Keith H. Washington ("Mr. Washington") and San Francisco Bay View National Black Newspaper ("San Francisco Bay View"), and Defendants Federal Bureau of Prisons ("BOP"), the Geo Group, Inc.[1], Monica Hook, Maria Richard, Will Gomez and Murtala Lanval, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above-captioned Action be dismissed with prejudice as to all claims, with each party bearing its own attorney's fees and costs.

---

[1] dba Geo California, Inc. *See* Dkt. No. 60.

Respectfully submitted,

DATED:  June 24, 2021

LAW OFFICES OF RICHARD TAN

*/s/ Richard Tan*_____
Richard Tan

Attorney for Plaintiffs
KEITH H. WASHINGTON and SAN
FRANCISCO BAY VIEW NATIONAL BLACK
NEWSPAPER

STEPHANIE M. HINDS
Acting United States Attorney

*/s/ Christopher F. Jeu*_____
Christopher F. Jeu
Assistant United States Attorney
Attorneys for Defendant
Federal Bureau of Prisons

 */s/ Cheryl Wilke*_____
Cheryl Wilke
LEWIS BRISBOIS

Attorney for Defendants
The Geo Group and Monica Hook

 */s/ Lisa K. Hansen*_____
Lisa Kralik Hansen, Esq.
COCHRAN, DAVIS & ASSOCIATES, P.C.

Attorney for Defendants
Maria Richard, Will Gomez and Murtala Lanval